IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONI J. BUSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-cv-03493 |
| ) | Honorable Georgia N Alexakis |
| ) | Magistrate Judge M. David Weisman |
| PCC COMMUNITY WELLNESS ) | |
| CENTER, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's January 22, 2025, Minute Order (*see* Dkt. No. 38), Plaintiff Toni J. Bush ("Plaintiff") and Defendant PCC Community Wellness Center ("Defendant," and collectively referred to as the "Parties") by and through their respective undersigned counsels, submit this Joint Status Report.

1. Brief History. Defendant was served on August 16, 2024 (Dkt. 7), and Plaintiff filed an Amended Complaint on November 4, 2024 (Dkt. 27). Pursuant to a Joint Status Report filed by the Parties (Dkt. No. 28), this Court issued an Order on November 6, 2024, setting April 29, 2024, as the close of fact discovery (Dkt. No. 29). In the same Order, this Court referred this case to Magistrate Judge Weisman "for all discovery scheduling and supervision, including the authority to set, adjust and extend all discovery-related deadlines." (*Id.*)

2. Status of Written Discovery.

   a. Plaintiff's Written Discovery Responses. Pursuant to agreement by the Parties, Plaintiff issued her responses to Defendant's interrogatory and document production requests on February 13 and 14, 2025, respectively.

1

b.  Defendant's Written Discovery Responses. Due to a death in the immediate family of defense counsel, and pursuant to agreement by the Parties, the defense anticipates issuing its response to Plaintiff's interrogatory and document production requests on Wednesday, February 26, 2025.

c.  Third Party Subpoenas. On January 22, 2025, Magistrate Judge Weisman set a February 3, 2025, deadline for the issuance of medical subpoenas, given the discovery close date of April 29, 2025. (Dkt No. 38). Defendant issued medical subpoenas on January 27, 2025. The defense also issued supplemental medical subpoenas on February 21, 2025, a week after receiving additional information from Plaintiff's February 13, 2025, interrogatory responses. Given this is a disability discrimination case, Plaintiff's medical records are of key importance, as is the need to ensure the Parties receive complete copies of the records.

3. Other Issues / Request for Extension – Due to Bereavement and Medical Subpoenas. The Parties jointly request an extension of discovery. First, the extension will be particularly helpful to defense counsel who recently lost an immediate family member and has been taking some time off of work for bereavement. Second, the extension will be helpful in securing copies of the necessary medical records, and for the depositions of medical treaters, if necessary. The Parties request that the new date for fact discovery be set for **June 27, 2025**, and that the date to set a firm deposition schedule be extended to **April 25, 2025**.

4. Final Issues. The Parties do not request a settlement conference at this time. Other than the request for an extension of fact discovery and the firm deposition schedule, there are currently no additional issues that the Parties need to bring to the Court's attention.

| | |
|---|---|
| DATED: February 25, 2025 | Respectfully submitted by: |
| /s/ *Joshua D. McCann* | /s/ *V. Brette Bensinger* |
| Joshua D. McCann | V. Brette Bensinger (lead) |
| Michael T. Smith (lead) | Amanda Tzivas |
| LAW OFFICES MICHAEL T. SMITH | HINSHAW & CULBERTSON LLP |
| & ASSOCIATES, P.C. | 151 N. Franklin St. |
| 3030 Warrenville Road, Suite 450-42 | Chicago, IL 60606 |
| Lisle, Illinois 60532 | Telephone: (312) 704-3000 |
| Telephone: (847) 450-1103 | *bbensinger@hinshawlaw.com* |
| *jdmccann@chicagolegalcounsel.com* | *atzivas@hinshawlaw.com* |
| *msmith39950@aol.com* | |
| **Counsel for Plaintiff** | **Counsel for Defendant** |